IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LILY LNU, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 6:22-cv-03329-MDH |
| | ) |
| MICHAEL MILLIMAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiffs seek civil damages from Defendant under 18 U.S.C. § 2255(a) for violation of the federal criminal child pornography statute. Defendant filed a Suggestion of Bankruptcy and Application of Automatic Stay. (Doc. 20). This Court then ordered the parties to show cause as to what effect, if any, the bankruptcy proceeding had on this present matter.

The present matter does not appear to plainly fit within any exception to the automatic stay identified under 11 U.S.C. § 362(b). To the extent Plaintiffs contend any debt Defendant may owe Plaintiffs under § 2255 is not dischargeable under precedent established by the Sixth Circuit in *In re Boland*, 946 F.3d 335, 338 (6th Cir. 2020), Plaintiffs are directed to seek relief from the automatic stay from the Bankruptcy Court under § 362(d).

Accordingly, it is **ORDERED** that the present matter is stayed pending additional direction from the United States Bankruptcy Court for the Western District of Missouri or upon further order of this Court. The Parties are **FURTHER ORDERED** to file a status report with this Court no later than September 28, 2023.

**IT IS SO ORDERED.**

DATED:	July 19, 2023

                                                */s/ Douglas Harpool*
                                               **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**