IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LILY LNU, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 6:22-cv-03329-MDH |
| MICHAEL MILLIMAN, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss this action, with prejudice, with each party to bear its own costs. Plaintiffs inform this Court that they have entered into a confidential settlement agreement with Plaintiff, and that shortly after all parties executed the settlement agreement, Defendant passed away. Plaintiffs' Motion to Dismiss pursuant to Rule 41(a)(2) is **GRANTED**. This matter is dismissed with prejudice, each party to bear its own costs. Further, Plaintiffs' pending Motion to Strike is hereby **MOOT**.

**IT IS SO ORDERED.**

Dated: July 25, 2024               /s/ Douglas Harpool
                                                                 **DOUGLAS HARPOOL**
                                                                  **United States District Judge**